FILED:  April 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4262 (L)

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

JOSE JOYA PARADA, a/k/a Calmado, a/k/a Little Jason, a/k/a Menor,

        Defendant – Appellant.

------------------------------

A FORMER FEDERAL JUDGE AND SEVERAL UNITED STATES DEPARTMENT OF JUSTICE OFFICIALS; AMERICAN IMMIGRATION COUNCIL; NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, d/b/a National Immigration Project,

        Amici Supporting Appellant.

_____

O R D E R

_____

The court amends its opinion filed April 9, 2025, as follows:

Throughout the opinion, citations to the Joint Appendix within brackets have been deleted.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk